IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LISA HOCHTRITT**<br>8204 Miner Street<br>Greenbelt, Maryland 20770 | * | |
| | * | |
| **Plaintiff,** | * | Case No. _____ |
| v. | * | **Removed from the Circuit Court<br>of Baltimore City, Maryland** |
| | * | Case No. **24-C-20-004812 OT** |
| **NATIONAL RAILROAD PASSENGER<br>CORPORATION**<br>1 Massachusetts Avenue, NW<br>Fifth Floor, Office 553<br>Washington, DC 20002 | * | |
| | * | |
| | * | |
| And | * | |
| **MARYLAND TRANSIT<br>ADMINISTRATION**<br>1515 Washington Blvd, Suite 2600<br>Baltimore, Maryland 21320 | * | |
| | * | |
| | * | |
| **Defendants.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. sections 1331, 1349, and 1441(a), National Railroad Passenger Corporation (hereinafter "Defendant" or "Amtrak"), by its undersigned counsel, hereby notices the removal of this action to the United States District Court for the District of Maryland. As grounds for this removal, Amtrak states as follows:

1. On or about October 15, 2020, Plaintiff, Lisa Hochtritt ("Plaintiff") commenced this action against Defendant by filing a Complaint in the Circuit Court for Baltimore City,

Maryland. Plaintiff's Complaint was assigned Case No. 24-C-20-004812 OT (hereinafter, the "State Court Action").

2. Defendant NRPC was served a copy of the Summons and Complaint on or about December 15, 2020.

3. Pursuant to 28 U.S.C. section 1349, "[t]he district courts shall not have jurisdiction of any civil action by or against any corporation upon the ground that it was incorporated by or under an Act of Congress, **unless** the United States is the owner of more than one-half of its capital stock." (Emphasis added.) As NRPC was created by an Act of Congress[1] and a majority of the capital stock of NRPC is owned by the United States,[2] the federal courts have subject matter jurisdiction over any action involving NRPC, assuming the procedural requirements for removal have been followed. *Aliotta v. National Railroad Passenger Corp.*, 315 F.3d 756, 758 n.1 (7th Cir. 2003) (explaining that pursuant to 28 U.S.C. sections 1331 and 1349, "federal courts have jurisdiction over all cases involving Amtrak, regardless of the cause of action"); *Maryland Transit Admin. v. AMTRAK*, 372 F. Supp. 2d 478, 479 n.2 (D. Md. 2005) (noting that, as Amtrak was organized under the Rail Passenger Act of 1970 and as the United States owns more than half its stock, subject matter jurisdiction was proper under 28 U.S.C. sections 1331 and 1349); *Estate of Wright v. Illinois Central Railroad*, 831 F. Supp. 574, 574 (S.D. Miss. 1993) (denying motion to remand; noting that Amtrak was created by an Act of Congress and that the United States owns greater than fifty percent of Amtrak's capital stock).

4. Pursuant to 28 U.S.C. section 1441 (a), any civil action over which the federal courts have original jurisdiction, but which is brought in state court, may be removed to the

---

[1] Amtrak was created by the Rail Passenger Services Act of 1970. *See* 49 U.S.C. § 24101 *et seq.*
[2] The United States government, through its Department of Transportation, owns all of Amtrak's issued and outstanding preferred stock. *See* National Railroad Passenger Corporation and Subsidiaries Consolidated Financial Statements at Note 2.

2

district court of the United States that embraces the place where such action is pending. This removal is to the District Court of the United States of Maryland, the jurisdiction where the State Court Action is pending.

5. This Notice of Removal is being filed within 30 days after Amtrak was served with a summons and complaint in this action. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. section 1446 (b).

6. Amtrak is the only served defendant in this action and consents to this removal. Upon information and belief, co-Defendant Maryland Transit Administration has not been served in this action.

7. Pursuant to 28 U.S.C. section 1446 (a), a true and legible copy of all process, pleadings, and orders served in the State Court Action as of this date are attached hereto as **Exhibit A.**

8. A Notice of Filing of Notice of Removal, attaching a copy of this Notice of Removal, is being filed on this date with the Clerk of the Circuit Court of Maryland for Baltimore City, and is being served on Plaintiff's counsel as required by 28 U.S.C. Section 1446 (d). A copy (without attachments) of the Notice of Filing of Notice of Removal filed in the State Court Action is attached hereto as **Exhibit B.**

WHEREFORE, Defendant National Railroad Passenger Corporation respectfully requests that this Notice of Removal be accepted and that the State Court Action be removed to the United States District Court of Maryland.

Dated: January 7, 2021

                                                    Respectfully submitted,

                                       /s/   J. Christopher Nosher

J. Christopher Nosher, Esq. (No. 28825)
Carlos A. Uria, Esq. (No. 19784)
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, Maryland 21401
Telephone:  (443) 263-2800
Facsimile:  (443) 263-2935
Email: cnosher@kiernantrebach.com
Email: auria@kiernantrebach.com

*Counsel for Defendant,*
*National Railroad Passenger Corporation*

IN THE UNITED STATES DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| LISA HOCHTRITT | * | |
| Plaintiff, | * | Case No. _____ |
| v. | * | Removed from the Circuit Court of Baltimore City, Maryland |
| NATIONAL RAILROAD PASSENGER CORPORATION | * | Case No. 24-C-20-004812 OT |
| And | * | |
| MARYLAND TRANSIT ADMINISTRATION | * | |
| | * | |
| Defendants. | | |
| | * | |

*******************************************************************

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January 2021, a copy of the foregoing Notice of Removal, which was filed electronically in this case on this 7th day of January 2021, and was sent via First-Class mail, postage prepaid, to:

Steven H. Heisler, Esquire
Law Offices of Steven H. Heisler
1011 N. Calvert Street
Baltimore, Maryland 21202
*Counsel for Plaintiff*

Kevin B. Quinn, Jr.
6 St. Paul Street
Baltimore, Maryland 21202
*Administrator for Maryland Transit Authority*

/s/ J.Christopher Nosher
J. Christopher Nosher, Esq. (No. 28825)
Carlos A. Uria, Esq. (No. 19784)
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, Maryland 21401
Telephone: (443) 263-2800
Facsimile: (443) 263-2935

5

Email: cnosher@kiernantrebach.com
Email: auria@kiernantrebach.com
*Counsel for Defendant,*
*National Railroad Passenger Corporation*